**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1882

JESSE E. BOYER, SR.; MARILYN L. BOYER,

                                    Plaintiffs - Appellants,

        versus

ANNIE LEE FINLEY; ROY FINLEY, Jr.; MICHAEL
TAYLOR, Jr.; MICHAEL J. BLITCH; STATE OF SOUTH
CAROLINA; ROBERT W. POLK, Attorney; ASHLEY
SURVEY COMPANY; PATRICK R. WATTS, Judge,

                                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:07-cv-01868-DCN)

Submitted:  December 13, 2007      Decided:  December 18, 2007

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jesse E. Boyer, Sr., Marilyn L. Boyer, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse E. Boyer, Sr., and Marilyn L. Boyer appeal the district court's order accepting the recommendation of the magistrate judge and dismissing their civil action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we deny Appellants' motion to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See Boyer v. Finley, No. 2:07-cv-01868-DCN (D.S.C. Aug. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED